State v. Harbison

STATE OF NORTH CAROLINA v. ERVIN JONE HARBISON

No. 7225SC175

(Filed 26 April 1972)

APPEAL by defendant from *Snepp, Judge,* 15 November 1971 Session of Superior Court held in BURKE County.

Defendant, represented by counsel, entered pleas of guilty to two counts of operating a motor vehicle on the public highway while his operator's license was suspended or revoked. After an examination of the defendant in open court, the trial judge made an adjudication that the defendant's pleas of guilty were freely, understandingly and voluntarily made. From judgments imposing active prison sentences, defendant appealed.

*Attorney General Robert Morgan by Assistant Attorney General William B. Ray and Assistant Attorney General William W. Melvin for the State.*

*Livingston Vernon for defendant appellant.*

VAUGHN, Judge.

Defendant's court appointed counsel candidly states that he has examined the record in this case and can find no error but asks the court to review the same. We have reviewed the record and find no error.

No error.

Judges BROCK and HEDRICK concur.